IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**CORTEZ DEONTAE BASS**                                                 **PETITIONER**

V.                                              **CIVIL ACTION NO.: 3:20-CV-260-MPM-DAS**

**NATHAN "BURL" CAIN, COMMISSIONER,
MISSISSIPPI DEPARTMENT OF CORRECTIONS;
JESSE WILLIAMS, WARDEN, MARSHALL
COUNTY CORRECTIONAL FACILITY; AND
LYNN FITCH, ATTORNEY GENERAL OF
THE STATE OF MISSISSIPPI**                                    **RESPONDENTS**

## ORDER

Upon consideration of the amended petition in this action, it is **ORDERED**:

1. No later than December 19, 2022, the respondents, through the Attorney General of the State of Mississippi, must file a response to this amended petition, along with full transcripts of all proceedings in the state courts of Mississippi arising from the conviction for first degree murder and life sentence without eligibility for parole against the petitioner in the Circuit Court of Tunica County, Mississippi, if said transcripts are relevant to the response.

3. Within fourteen days of service upon him of a copy of the respondent's response, the petitioner may file his reply to the allegations contained in the response.

4. The Clerk of Court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings, upon Lynn Fitch, Attorney General of the State of Mississippi, or her lawful successor, to Assistant Attorneys General Jerrolyn Owens, Erin Rutherford, and Bridgette Grant. The respondent must electronically file the completed acknowledgment of service of process form upon receipt.

**SO ORDERED**, this the 5th day of October, 2022.

                                                          /s/ David A. Sanders
                                                          **UNITED STATES MAGISTRATE JUDGE**