**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**CORTEZ DEONTAE BASS**                                                                    **PETITIONER**

**v.**                                                                                    **No. 3:20CV260-MPM-DAS**

**NATHAN "BURL" CAIN, COMMISSIONER, ET AL.**                              **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition

for a writ of *habeas corpus* is **DENIED**.  In addition, the petitioner's request for an evidentiary

hearing is **DENIED**.

**SO ORDERED,** this, the 8th day of August, 2023.

/s/ Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI